United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN H. CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY T LONG, et al.,<br><br>    Defendants. | Case No. 4:15-cv-03840-DMR<br><br>**ORDER** |

Plaintiff shall e-file the first amended complaint within 7 days of the date of this order.

**IT IS SO ORDERED.**

Dated: December 29, 2015

_____
Donna M. Ryu
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN H CRUZ,

    Plaintiff,

v.

GREGORY T LONG, et al.,

    Defendants.

Case No. 4:15-cv-03840-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 29, 2015, I SERVED a true and correct copy(ies) of the attached Order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dylan R Cruz
477 SW 11th Street, Apt. 231
Gresham, OR 97080

Lorraine Lago
1021 Mariposa St.
Vallejo, CA 94590

Monet Nerissa Cruz
5 Myers Court
South Burlington, VT 05403

Dated: December 29, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

2